ACCEPTED
15-25-00066-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 1:03 PM
CHRISTOPHER A. PRINE
CLERK

# Letter for Correction

Friday, May 2, 2025

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 1:03:03 PM
CHRISTOPHER A. PRINE
Clerk

RE:    Court of Appeals Number: 15-25-00066-CV
Trial Court Case Number: 1240384

Style: Dominique Cunningham
v. Harris County Justice of Peace Honorable Judge Steve Duble

Appellant of the Court sends to the Clerk of Court in the 15th Court of Appeals, *Austin, Texas*, a Letter for Correction.

Letter issued by the Court on 05/01/2025 admits falsely:

✔    Supreme Court of Texas Administrative Order 25–9013

Letter issued by the Court may harm justice in the matter due to the written error of representation of the Supreme Court of Texas. If corrected Notice is sent in response, Appellant's contact information is up–to–date.

Regards,

_____
*Signature*

**Dominique D. Cunningham**
1500 Hadley
Houston, Texas 77052-9999
dominiquedenise.c@gmail.com
(832)602–3855